# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | Case No.: 18cr4609-LAB and 21cv173-LAB |
|---|---|
| Plaintiff, | |
| v. | **ORDER REQUIRING GOVERNMENT'S RESPONSE TO § 2255 MOTION;** |
| DANIEL JAVIER | |
| Defendant. | **ORDER REQUIRING ATTORNEY THOMAS SIMS' RESPONSE; AND** |
| | **ORDER PERMITTING JAVIER TO FILE MEMORANDUM** |

Defendant Daniel Javier pled guilty, pursuant to a plea agreement, to conspiracy to distribute methamphetamine. On January 21, 2020, the Court sentenced him to 180 months' imprisonment followed by ten years' supervised release. On January 25, 2021, the Court received Javier's motion pursuant to 28 U.S.C. § 2255, seeking to have his sentence vacated on the basis of ineffective assistance of counsel.

The motion was dated January 19, 2021, and the Court's working assumption is that it was timely. *See Hill v. Uribe*, 2015 WL 777450, at *6 (S.D. Cal., Feb. 24, 2015) (presuming that date on habeas petition was the date he delivered it to prison officials for mailing, for purposes of the prisoner mailbox rule).

In his motion, Javier says he does not have access to a law library, and requests 90 days to write and file a supporting memorandum. He also requests appointment of counsel.

If Javier's plea agreement is valid, some of his claims have been waived. However, he also raises claims of ineffective assistance of counsel, and argues that his plea was not voluntary. Javier's contentions conflict with the plea agreement he signed. He also says he his attorney, Thomas Sims, coached him about what to say at the change of plea hearing. (Mot. at 22–23.)

No later than **March 1, 2021**, the government is **ORDERED** to file a response in the form of the transcript of Javier's change of plea hearing before Magistrate Judge Karen Crawford on July 17, 2019. If more time is needed, the government may seek it by *ex parte* motion.

By asserting that his counsel was ineffective and coached or coerced him to answer Judge Crawford's questions untruthfully, Javier has waived the attorney-client privilege, and Mr. Sims has been relieved of any confidentiality obligations with regard to these matters. *See Bittaker v. Woodford*, 331 F.3d 715, 718–19 (9th Cir. 2003).

Attorney Thomas Sims is therefore **ORDERED** to file an affidavit or declaration under penalty of perjury, addressing Javier's contentions at pages 22–23 of the motion. At a minimum, Sims must answer these questions:

1. Did you tell Javier he would be sentenced to no more than ten years in prison?
2. Did you advise Javier that Judge Crawford's statements to him about the possible length of his sentence were inaccurate or unreliable?

3. Did you advise or direct Javier to disregard or disbelieve anything Judge Crawford had already told him, or anything she would or might tell him in the future?

4. Did you advise or direct Javier to tell Judge Crawford anything pertaining to his knowing and voluntary guilty plea that was not accurate? These include, without limitation: whether he had reviewed and discussed the plea agreement with you and had all his questions answered, whether he understood the plea agreement, whether anyone had made any promises to him (other than those in the plea agreement) to persuade him to plead guilty, whether he understood everything she explained to him at the hearing, and whether he was in fact guilty.

Sims' response must be filed no later than **March 1, 2021**.

After the government's and Sims' responses are filed, the Court will be in a better position to know whether appointment of counsel is appropriate. In the meantime this request is **DENIED WITHOUT PREJUDICE**.

Javier may, if he wishes, prepare and file a memorandum of law supporting his motion. The motion includes facts known to Javier, so there is no need to repeat them in the memorandum. The memorandum must be limited to legal arguments or authorities supporting the claims Javier raised in his motion. If he wants to make new claims, he must file a separate motion for leave to amend his motion.

The memorandum must not be longer than 20 pages (not counting any attached material), and must be filed no later than **May 3, 2021**.

**IT IS SO ORDERED**.

Dated: February 1, 2021

Honorable Larry Alan Burns
United States District Judge